**No. 55171.**—Eugene Naftule v. United States, protest 163873–K (A) (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55172.**—J. E. Bernard & Co., Inc., et al. v. United States, protests 167207–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55173.**—Chong Lung et al. v. United States, protests 610294–G, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.